**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Robert R. Keech          Date: October 28, 2013
Court Reporter: Therese Lindblom
Probation Officer: Robert Ford
Interpreter: N/A

Criminal Action No. **12-cr-00261-MSK**

*Parties*:                                                              *Counsel*:

UNITED STATES OF AMERICA,                        Mark H. Dubester

    Plaintiff,

v.

**1. CHRISTOPHER WEAVER**,                        Scott T. Varholak

    Defendant.

_____

**SENTENCING MINUTES**
_____

**10:36 a.m.     Court in session**.

Defendant present on bond.

**Change of Plea Hearing on October 10, 2012.  Defendant pled guilty to counts 1 and 2 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do** request departure.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: defense counsel, the Government, and by the defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. Argument made by The Government and defense counsel.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:**  Government's Section 5K1.1 Motion for Downward Departure Based on Substantial Assistance [ECF Doc. No. 29], filed October 10, 2013, is **GRANTED.**

**ORDER:**  Defendant's Motion for Downward Departure, Sentencing Statement and Motion for Variant Sentence [ECF Doc. No. 31], filed October 10, 2013, is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.  **\*\*If the sentence was time served- put in whatever she instructs e.g.: release immediately, etc.\*\***

**ORDER:**  Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on the date specified within fifteen days of the date of designation.

**ORDER:**  Bond will be exonerated at the time of his surrender to the institution designated by the Bureau of Prisons.

**11:45 a.m.**  **Court in recess.**

**Total Time: 1:09**
Hearing concluded.